```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11                   IN THE UNITED STATES DISTRICT COURT
12                  FOR THE EASTERN DISTRICT OF CALIFORNIA
13
14  SANTIAGO ROSALES, GLEN S. ELLIS,  )   2:08-cv-00724-GEB-KJM
    and CAPSTONE ORTHOPEDIC, INC.,    )
15                                    )   ORDER CONTINUING HEARING
                    PlaintiffS,       )
16                                    )
              v.                      )
17                                    )
    HANGER PROSTHETICS & ORTHOTICS,   )
18  INC., a Delaware corporation,     )
    RICHMOND "RICK" TAYLOR, an        )
19  individual, and DOES 1 through 50,)
    inclusive,                        )
20                                    )
                    Defendants.       )
21  _____    )
```

22        On April 16, 2008, Defendant Richmond "Rick" Taylor filed a
23  motion seeking dismissal of Plaintiffs' claims against him under
24  Federal Rule of Civil Procedure 21.  (Dkt. No. 10.)  On April 25,
25  2008, Defendant Hanger Prosthetics & Orthotics, Inc. filed a motion
26  seeking a judgment on the pleadings and dismissal of Plaintiffs'
27  claims against it.  (Dkt. No. 16.)  These motions were scheduled for
28  hearing on June 2, 2008.  On May 5, 2008, Plaintiffs filed a motion

1

1 | seeking remand of this action to the California Superior Court, County
2 | of San Joaquin.  (Dkt. No. 18.)  Plaintiffs argue the action should be
3 | remanded because subject matter jurisdiction is lacking.  (Mot. to
4 | Remand at 1:26-28.)
5 |      Since "jurisdiction [must] be established as a threshold
6 | matter" <u>Steel Co. v. Citizens for a Better Environment</u>, 523 U.S. 83,
7 | 94 (1998), and since a motion to remand is pending, the hearing on
8 | Defendants' motions is continued to June 30, 2008 at 9:00 a.m.
9 |      IT IS SO ORDERED.
10 | Dated:  May 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge