IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROSALES; GLEN S. ELLIS; and CAPSTONE ORTHOPEDIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANGER PROSTHETICS & ORTHOTICS, INC., a Delaware corporation; RICHMOND "RICK" TAYLOR, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | 2:08-cv-00724-GEB-KJM <br><br> <u>ORDER</u> |

On May 5, 2008, Plaintiffs filed a motion seeking to remand this action to state court under 28 U.S.C. § 1447 and for an award of attorney's fees and costs incurred in connection with the removal. (Dkt. No. 18.) On June 19, 2008, the court granted Plaintiffs' motion and their request to supplement their counsel's declaration with additional information regarding time spent preparing a reply brief, provided it was submitted by 4:00 p.m. on June 23, 2008. (Order, June 19, 2008 at 6:25-7:2.) However, Plaintiffs filed the supplemental

1

1  declaration on June 26, 2008.  (Supp. Decl. of James Kachmar, Dkt. No.
2  27.)  Accordingly, it is not considered and Plaintiff is hereby
3  awarded attorney's fees in the amount of $1,740.  (<u>See</u> Mot. to Remand,
4  Dkt. No. 18, Attach. No. 1, Kachmar Decl. ¶ 3.)
5          IT IS SO ORDERED.
6  Dated:  July 3, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge